UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE ANTHONY SHOLES, | No. 2:24-cv-2293 AC P |
| Petitioner, | |
| v. | ORDER |
| CHANCE ANDES, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also submitted a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

////

1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be
2   filed at:

         United States District Court
         Eastern District of California
         2500 Tulare Street
         Fresno, CA 93721

DATED: September 16, 2024

         */s/ Allison Claire*
         ALLISON CLAIRE
         UNITED STATES MAGISTRATE JUDGE